# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

TEKWAY, INC., an Illinois corporation,
4104 Sterling Road
Downers Grove, IL 60515

  Plaintiff,

     vs.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
20 Massachusetts Ave NW,
Washington DC 20529

                Defendant.

Case No.: 1:19-cv-00430-TSC

PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Judge Tanya S. Chutkan

Plaintiff maintains that following fact is not in dispute:

That all the exhibits filed with its motion for summary judgment are part of the administrative record in this matter.

Respectfully Submitted this day 29th of April, 2019.
/s/ Michael E Piston
Michael E. Piston (MI 002)
Attorney for the Plaintiff
225 Broadway,
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email:michaelpiston4@gmail.com

CERTIFICATE OF SERVICE

I certify that the foregoing was served today upon the defendant at its last known address by depositing it with United Parcel Service for next day delivery to:

United States Citizenship and Immigration Services
20 Massachusetts Ave NW
Washington DC 20529

It was also served in the same day and the same manner upon the defendant's presumed counsel:

United States Attorney's Office
c/o Civil Process Clerk
555 4th St NW, Washington, DC 20530

s/ Michael E. Piston
Michael E. Piston (MI 002)
Attorney for the Plaintiffs
225 Broadway Suite 307
New York, NY 10007
646-845-9895
April 29, 2019