# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEKWAY, INC,** | |
| **PLAINTIFF,** | |
| v. | **CIVIL ACTION NO. 19-0430 (TSC)** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** | |
| **DEFENDANT.** | |

## MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

Defendant, the United States Citizenship and Immigration Services ("USCIS"), by undersigned counsel, respectfully requests an extension of up to and including May 14, 2019, to respond to Defendant's Amended Complaint. In support of this motion, Defendant states the following:

On March 5, 2019, the undersigned counsel's office was served with the original complaint, ECF No. 1. At approximately 7 p.m. this evening, defense counsel was filing defendant's answer to that complaint in the electronic case filing system when she was prompted to link the answer to one of two listed complaints. At that point, defense counsel realized for the first time that plaintiff had filed an amended complaint. Defendant's plan was to simply revise the answer and file a little later in the evening until the undersigned compared the complaints and realized that the named H1-B visa beneficiaries in the original and amended complaints are different individuals. Thus, defendant needs additional time to research what occurred with respect to the cases of the newly named beneficiaries. Accordingly, defendant respectfully request up to

and including May 14, 2019, to respond to the amended complaint. Plaintiff does not oppose this request for an extension.

Dated: May 6, 2019                                     Respectfully submitted,

                                                           JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
D.C. Bar No. 924092
Chief, Civil Division

By:   /s/  *Denise M. Clark*
DENISE M CLARK, D.C. Bar No. 479149
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-6621
Denise.Clark@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|                                              |                              |
|----------------------------------------------|------------------------------|
| **TEKWAY, INC,**                             |                              |
| **PLAINTIFF,**                               |                              |
| v.                                           | CIVIL ACTION NO. 19-0430 (TSC) |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** |                   |
| **DEFENDANT.**                               |                              |

## [PROPOSED] ORDER

Upon consideration of the Defendant's *Motion to Extend Time to Respond*, and the entire record herein, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

It is **FURTHER ORDERED** that the time for Defendant to respond to Plaintiff's Amended Complaint is hereby extended up to and including **May 14, 2019**.

It is **SO ORDERED** this _____ day of _____, 2019.

_____
TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE