## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TEKWAY, INC,**

        **PLAINTIFF,**

  **V.**

        **CIVIL ACTION NO. 19-0430 (TSC)**

**UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,**

        **DEFENDANT.**

## DECLARATION OF BAXTER D. NORCROSS

I, Baxter D. Norcross, hereby declare, pursuant to 28 U.S.C. §17 46, the following to be true and correct:

1.    I am a Supervisory Immigration Services Officer ("SISO") with U.S. Citizenship and Immigration Services located at the California Service Center ("CSC") in Laguna Niguel, California. I have been in my current position for five months and have worked at CSC for a total of four years.

2.    As a SISO, I am responsible for supervising the work of Immigration Services Officers in CSC's Employment Branch. These officers are trained to adjudicate various immigration benefits, including the Form 1-129, Petition for a Nonimmigrant Worker, which may be filed seeking classification of an alien as an H-1B specialty occupation worker, among other nonimmigrant classifications.

3.    I am making this declaration in support of *Tekway, Inc. v. United States Citizenship and Immigration Services*, Civil Action No. 19-0430, filed on March 6, 2019, in the U.S. District Court for the District of Columbia.   I have reviewed the available documents and records provided, and I am familiar with the issues in dispute.

4.     The H-1B visa is a nonimmigrant classification that includes temporary workers in a specialty occupation. The CSC is one of the service centers to accept, process, and adjudicate Form 1-129 petitions filed by employers on behalf of prospective or current employees.

5.     On April 12, 2018, CSC received the Form I-129 and supporting documentation filed by Tekway, Inc. on behalf of Manoj Kumar Koduru to allow him to change his status and extend his stay in the United States as an H-1B nonimmigrant employee.

6.     On July 9, 2018, CSC issued a Request for Evidence ("RFE").

7.     On September 24, 2018, Plaintiff responded to the CSC's RFE and provided additional evidence.

8.     Plaintiff's petition on behalf of Manoj Kumar Koduru was denied on November 13, 2018.

9.     On April 12, 2018, CSC received the Form I-129 and supporting documentation filed by Tekway, Inc. on behalf of Stevenson Sunchu to allow him to change his status and extend his stay in the United States as an H-1B nonimmigrant employee.

10.     On July 9, 2018, CSC issued a Request for Evidence ("RFE").

11.     On September 24, 2018, Plaintiff responded to the CSC's RFE and provided additional evidence.

12.     Plaintiff's petition on behalf of Stevenson Sunchu was denied on November 13, 2018.

13.     On June 13, 2019, pursuant to its *sua sponte* authority at 8 Code of Federal Regulations (C.F.R.) § 103.5(a)(5)(ii), CSC reopened and vacated both decisions at issue in this case. CSC is preparing a new RFE for each petition, to be issued shortly, in order to provide Tekway, Inc. an additional opportunity to submit evidence in support of its petitions.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 13th day of June, 2019, at Laguna Niguel, California.


Baxter D. Norcross
Supervisory Immigration Services Officer
U.S. Citizenship and Immigration Services