UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TEKWAY INC.**, *an Illinois corporation*,<br><br>        Plaintiff,<br><br>    v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**,<br><br>        Defendant. | Civil Action No. 19-cv-430 (TSC) |

## ORDER

Consistent with the accompanying Memorandum Opinion, ECF No. 14, Defendant's Motion to Dismiss, ECF No. 11, is hereby GRANTED. This action is hereby DISMISSED for lack of jurisdiction. *See* Fed. R. Civ. P. 12(b)(1).

Date: September 23, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge